UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEWYORK

GILBERT M. MARTINEZ

    Petitioner,

    -against-
QUEENS COUNTY DISTRICT ATTORNEY
  ( ADA Debra Pomodor)
KINGS COUNTY DISTRICT ATTORNEY
NEW YORK CITY POLICE DEPARTMENT
(Narcotics Division)
NEW YORK SUPREME COURT  (Hon. Alice Schlesinger)
KINGS COUNTY FAMILY COURT (Hon. Anthony Cannataro)
BERKS COUNTY FAMILY COURT (Hon. Scott E. Lash)
BERKS COUNTY HUMAN RESOURCES
BERKS COUNTY SOCIAL SECURITY ADMINISTRATION
T-MOBILE USA Inc.
MET-ED ELECTRIC SUPPLIER
VERIZON
BERKS COMMUNITY HEALTH CENTER
READING HOSPITAL
SAINT JOSEPH HOSPITAL
SUNY DOWNSTATE MEDICAL CENTER
        Defendant,

ORIGINAL

COMPLAINT

Trial By Jury


RECEIVED DEC 20 2012 PRO SE OFFICE

MAUSKOPF, J.

REYES, M.J

I.
A. Parties to this complaint: Gilbert M. Martinez

| Plaintiff | Name | Gilbert M.Martinez |
|---|---|---|
| | Street Address | 1706 Cotton st. |
| | State & zip Code | Reading , PA 19606 |
| | Telephone | (347)543-3813 |

B.

| | |
|---|---|
| Defendant No. 1 | Queens County District Attorney/ ADADebra Pomodor<br>125-01 Queens Boulevard<br>Kew Gardens ,New York 11415 |
| Defendant No.2 | Kings County District Attorney<br>350 Jay st.  19th floor<br>Brooklyn, NY 11201 |
| Defendant No.3 | New York Police Department Civil Section<br>1 Police Plaza    Room 1406<br>New York , NY 10038 |
| Defendant No.4 | Kings County Family Court<br>Hon. Anthony Cannataro<br>330 Jay st.<br>Brooklyn NY 11201 |
| Defendant No.5 | Berks County Family Court<br>Hon. Scott E. Lash<br>633 Court st.<br>Reading PA 19601 |
| Defendant No.7 | Berks County Human Resources<br>633 Court st.<br>Reading PA 19601 |
| Defendant No.8 | T-Mobile USA Inc.<br>4 Sylvan Way<br>Parsippany NewJersey  07054 |
| Defendant No.9 | Met Ed<br>2800 Centre ave.<br>Reading PA 19605 |
| Defendant No.10 | Verizon<br>140 West. st.<br>New York, NY 10007 |
| Defendant No. 11 | Berks Community Health Center<br>838 PENN St.<br>Reading PA 19601 |
| Defendant No.12 | Saint Joseph Hospital<br>2500 Bernville rd.<br>Reading PA 19605 |

**Defendant No.13**   Reading Hospital
Sixth Avenue & Spruce st.
Reading PA 19611


**Defendant No.14**   Alice Schlesinger
New York State Supreme Court
60 Centre st.
New York, NY 10007


**II. Basis for Jurisdiction:**

A. The basis for Jurisdiction is Federal Questions

B. The Federal Constitutional statutory or treaty right is **42 USC Section 1983. USC 14 th Amendment and 4th Amendment.**

## III. STATEMENT OF CLAIM

**Defendants: Queens County District Attorney/ ADA Debra Pomodor, Kings County District Attorney, New York City Police Department ,T-Mobile , Verizon**

1. The events giving rise to claim occurred in the State of New York ,Queens and Kings County, On or about July 17 2009 petitioner testified before the grand jury for criminal charges which he was out on bail for . The Grand Jury dismissed charges against him and the Queens County district attorney secretly took the charges to a new grand jury to get an indictment or proceeded to trial without an indictment in order to force petitioner to turn state witness. The ADA Debra Pomodor presented petitioner with a ficticious indictment.

2. Petitioner motioned the court for the unlawful act and Judge Hanophy retaliated by taking his bond away and raising his bail to 275,000 cash bail. Petitioner then spend two and a half months in jail. The whole unlawful act cost petitioner 25,000 dollars.

3. On or about November 2009 Debra Pomodor commenced or thru the Kings County District attorney, unlawfully commenced an investigation with the NYPD to pursue new charges against petitioner in order to force  him to become a witness for the state.The NYPD pursued petitioner with illegal wire tapping  and he was subjected to at least three unlawful stop and search.

4. On or  about November 2011 Debra Pomodor coerced petitioner's testimony with use of  threat and intimidation and continues to have the Kings County District Attorney pursue him with the NYPD thru illegal wire tapping of his Cellular phone, home phone and internet service , in order to jail petitioner to cover up their prosectorial misconduct. The wire tapping began in November 2009 until present thru T- Mobile Wireless and the internet and home phone thru Verizon

5. On or about October 30 2012  petitioner while browsing the internet received a threat from the NYPD which appeared on his browser stating if you continue with these lawsuits and other anti- government shenanigans we will be forced to take care of the problem. On several other

occasions the police were preventing petitioner from obtaining evidence by blocking documents online and changing settings to his printer.On or about October 31, 2012 it is petitioner's belief that the police instructed Met-Ed to turn off his power to intimidate him, and then send the local property maintenance and inspection division to his home to harass him.

**Defendants: Berks County Family Court (Hon.Scott E. Lash) Kings County Family Court(Hon.Anthony Cannataro) ( T-Mobile) New York County Supreme Court (Alice Schlesinger)**

1. The events giving rise to claim occurred in Berks County and Kings County.

On or about Jan.6 2012 petitioner brought forth a petition for custody. The court advised petitioner that there was no legal aide available to him for custody matters and advised his former girlfriend to seek legal aide services through Mid Penn.

2. On or about January 10 2012 Judge Scott Lash held a evidentiary hearing for jurisdiction where he was unrepresented by an attorney and the defendant Gloria Margary being represented by MidPenn Legal Aide. Judge Scott Lash refused to hear from petitioner's witnesses and would not make a determination on the matter. Instead he deferred the case to NewYork where he stated it would be better forum for her witnesses to be heard, since petitioner filed an article 6 petition for custody alleging abandonment and restraining order.

3. On January 30 2012 Attorney Referee Karen B, Yellen dismissed her Petition which was was appealable within 30 days and her attorney failed to invoke those rights.

4. On or about February 14 2012 Hon. Scott Lash scheduled a continuation of the hearing and told petitioner to return with his witnesses to court. On February 27, 2012 petitioner returned to court with his witnesses and the court refused to hold hearing.The court instead forced him thru threat and intimidation to make an agreement for temporary custody. His attorney mediating for the court stated if you do not make the agreement, you will not see your son until the outcome of

this case.

5. The court issued a Temporary Order for custody forcing him to pick up his son in NewYork and return him to New York after ten days every first Sunday of the month.

6. On July 26, 2012 Judge Anthony Cannataro held trial for Restraining order without having Jurisdiction, knowing petitioners petition was dismissed and Her attorney failed to appeal the dismissal. During trial the court interrupted the trial while petitioner giving direct testimony since she failed to allege abuse and then the court edited the transcripts so the mistrial would not appear staged. Petitioner filed an order to show cause and motion to dismiss but the judge refused to hold hearing nor respond to the motion.

6. Petitioner filed a Article 78 Petition for writ of prohibition on 11/21/2012 and a Order to show Cause on 11/21/2012 . The New York Attorney General failed to submit their Defense and did not show to court on the return date. On 11/21/2012 the Supreme court Judge Alice Schleisenger instructed petitioner to proceed with an Order To Show Cause to stay the proceeding and when he went to the trouble to do so she dismissed the Petition.

7. Petitioner subpoena T-Mobile for the phone records of Ms. Margary.since he has text messages from her threatening his life and jail. In addition would prove where his son resided prior to the filing, and both Family Courts instructed T-Mobile not to hand over the records.

8. On Nov. 27, 2012 Judge Cannataro Began a Retrial for restraining Order on a petition that was dismissed and has scheduled a hearing for violation of restraining order and custody for the same petition that was earlier dismissed.The courts been continuing a temporary order for one year from the same petition that was dismissed on January 30 2012.

9. The Berks County Court instructed the human Resources and Social Security Administration to deny me Benefits that petitioner under the law is clearly eligible for.

10. Both Courts conspire to drain petitioner financially by running him back and forth to New

**11.** On November 26, 2012 Judge Anthony Cannataro directed petitioner to return to court on 12/12/2012 for hearing and informed me to call the court to make sure he was going to be in court that day and when petitioner called, the court informed him the hearing was scheduled for 12/20/2012 and he did not have to appear on the 12th.. Petitioner then received an order on 12/14/2012 stating the court determined it has jurisdiction since petitioner failed to appear. Petitioner has a recorded conversation with the clerk on 10/10/2012 and a printed official family court appearance calender showing no scheduled appearance on 12/12/2012. Furthermore the order was dated on 12/11/2012 which shows that the court conspired to take jurisdiction by having petitioner miss court.

**Defendants: Berks County Human Resources,
Berks County Social Security Administration**

**1.** The events giving rise to claim occurred in Berks County.

On or about 9/19/2012 the Human administration Resources denied me cash assistance being instructed by the Family Court. Petitioner was eligible for cash assistance thru the Tanif program since he is disabled and takes care of his son for 10 days a month, he meets the programs requirements.

**2.** On or about November 2012 petitioner filed for disability thru the Berks County Social Security Administration . The Social Security being instructed by the Berks county Family court denied his benefits, where he provided their office with ex-rays and MRI which show an enormous amount of Arthritis, plus blood tests that indicate high levels of Rheumatoid.

On or about September 2012 petitioner applied for The Social Security Administration to expedite the appeal due to hardship and their office stated it was denied by a judge, but refused to give the judges name or reason for the denial.

**Defendant: Met-ED**

**1.** The events giving rise to the claim occurred in Berks County.

On 10/29/2012 the power went out due to severe weather.On 10/30/2012 the power was restored. On 10/31/2012 the power was turned off at approximately 12:00 pm and then restored at 330 pm . It is petitioner's belief that the power was turned off prior to him having an appointment at the Saint Joseph Medical Center to drain his home alarm battery to enter his premises in order to retrieve a tape recorder. Petitioner filed a complaint in the matter with the Public Utility Commission.(case no. 3038484) On 3 or more days after met ed continued to cut off the power for approximately 4 and 5 minutes each time until petitioner filed a 2nd complaint on November 6th advising them he intended to sue. Met-ed Stated to the public utility Commission did not know why the power continued to turn off after the power was restored.

**Defendants: Reading Hospital, Berks Community Center, Saint Joseph Hospital, Sunny Down State Medical Center**

**1.** The events giving rise to claim occurred in Berks County and kings County.

On or about July.2012, the Berks Community Center being instructed by authorities began to harass petitioner with refusing him pain medications . On several occasions they would write him prescriptions signed by the nurse or a prescription that they were aware would not be covered by Ameri Mercy Health Insurance since he would not comply with their orders to take steroids.

**2.** The above mentioned facilities are alleged to have been conspiring to force petitioner to take medications that increase the chances of liver failure to wit bodily injury and or cause death, and denying him medications so that he would resort to buy medications illegally.

**3.** That on November 15, 2012 the Suny Down State Medical Center and NYPD conspired by refusing him medication and planting a confidential informant in the hospital to solicit him to buy A Narcotic prescription drug illegally from him in order to jail petitioner .

**IV. Injuries:**
Pain and suffering, mental anguish, Financial hardship.

**V. Relief: Petitioner seeks a declartory Judgement to stay proceedings against Hon. Anthony Cannataro.** Petitioner also seeks from the remainder Defendants Five Million Dollars (5,000,000 )& An Order to cease all unlawful investigations, wire tapping, unlawful intrusions of privacy, refrain from pursuing , stalking , harassing, conspiring, threats , retaliation, unlawful proceedings, prosecution without probable cause and cruel and unusual punishment against petitioner & whatever other relief the court deem just and proper.

**VERIFICATION OF PETITION:**

**I declare under the penalties of perjury that the foregoing is true and correct.**

Signed this day of ___December 17th___ 2012

Sworn to and subscribed before me this
17th day of December 20 12

Gilbert M. Martinez
1706 Cotton st.
Reading Pa 19606
**347-543-3813**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ANDREA BANNON, Notary Public
Exeter Township, Berks County
My Commission Expires June 6, 2016