UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GILBERT M. MARTINEZ,

               Plaintiff,

    - against -

QUEENS COUNTY DISTRICT ATTORNEY,
ADA DEBRA POMODOR; KINGS COUNTY
DISTRICT ATTORNEY; NEW YORK CITY
POLICE DEPARTMENT, NARCOTICS
DIVISION; CITY OF READING POLICE
DEPARTMENT; GLORIA P. MARGARY;
RAFAEL MARGARY; GLORIA A. MARGARY;
MID-PENN LEGAL SERVICES; NEW YORK
SUPREME COURT, HON. ALICE
SCHLESINGER; KINGS COUNTY FAMILY
COURT, HON. ANTHONY CANNATARO;
BERKS COUNTY FAMILY COURT, HON.
SCOTT E. LASH; BERKS COUNTY HUMAN
RESOURCES; BERKS COUNTY SOCIAL
SECURITY ADMINISTRATION; T-MOBILE US
INC.; MET-ED ELECTRIC SUPPLIER;
VERIZON NEW YORK INC.; BERKS
COMMUNITY HEALTH CENTER; READING
HOSPITAL; SAINT JOSEPH HEALTH
NETWORK D/B/A SAINT JOSEPH MEDICAL
CENTER; SUNY DOWNSTATE MEDICAL
CENTER; MICHAEL D. CARLIN ESQ. AND
JESSICA A. SPECTOR ESQ.,

               Defendants.
------------------------------------------------------------X

**JUDGMENT**
12-CV-06262 (RRM) (RER)

     A Memorandum and Order having been issued this day dismissing all claims brought by plaintiff against all defendants in the Second Amended Complaint, it is hereby

**ORDERED, JUDGED AND DECREED** that plaintiff take nothing from any of the above-captioned defendants, and that this action is hereby dismissed.

Dated: Brooklyn, New York  
      March 17, 2014

*Roslynn R. Mauskopf*  
_____  
ROSLYNN R. MAUSKOPF  
United States District Judge